UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MAD ATOM LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>FMC FOUNDATION, a California corporation; FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION; and DOES 1 through 10, inclusive.<br><br>    Defendants. | Case No.  5:22-cv-01402-SSS-SPx<br>Honorable Sunshine S. Sykes<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO REMAND [Dkt. Nos. 22-24] AND MOTION TO DISMISS [Dkt. No. 26]** |
| FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION,<br><br>    Counterclaimant,<br><br>vs.<br><br>MAD ATOM, LLC, a California Limited Liability Company,<br><br>    Counterdefendant. | |
| FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>MLM Properties, LLC, a California Limited Liability Company,<br><br>    Third-Party Defendant. | |

The Court, having considered Plaintiff Mad Atom, LLC ("Mad Atom") and Defendants FMC Corporation ("FMC") and FMC Foundation's ("Foundation") (collectively, the "Parties") Stipulation to Withdraw Mad Atom's Motion to Remand [Dkt. Nos. 22-24] and Foundation's Motion to Dismiss [Dkt. No. 26] ORDERS as follows:

1. The Motion to Remand [Dkt. Nos. 22-24] and Motion to Dismiss [Dkt. No. 26] set for hearing on November 18, 2022, are withdrawn and taken off the Court's calendar.

2. The Parties shall bear their own costs and attorneys' fees incurred in connection with any motion involving Foundation as of the date of the Stipulation.

3. If Mad Atom at a later date wishes to name Foundation as a defendant in this action, Mad Atom shall file a motion to amend the operative complaint which Foundation shall have the right to oppose.

4. If Foundation is later named as a defendant in this action, then Mad Atom and Foundation shall have the right to seek and recover, to the extent allowed by law or contract, any and all available fees and costs (including those the Parties agree to bear on their own in this stipulation).

IT IS SO ORDERED.

Dated: October 5, 2022

By: *[signature]*
SUNSHINE S. SYKES
United States District Judge