# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MAD ATOM LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FMC FOUNDATION, a California corporation; FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.　5:22-cv-01402-SSS-SPx<br><br>**FINAL JUDGMENT**<br><br>Judge:　Honorable Sunshine S. Sykes<br><br>Complaint Filed:　December 29, 2021<br>FAC Filed:　January 18, 2022<br>SAC Filed:　March 30, 2023 |
| FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>MAD ATOM, LLC, a California Limited Liability Company,<br><br>　　　　　Counter-defendant. | |

# FINAL JUDGMENT

## IN FAVOR OF FMC CORPORATION AND AGAINST MAD ATOM, LLC

The Court previously dismissed all claims in Mad Atom, LLC's ("**Mad Atom**") Second Amended Complaint ("**SAC**") with the exception of the First Claim for Relief (Breach of Contract) asserted against FMC Corporation ("**FMC**"). Subsequently, the Court fully considered the evidence presented in connection with FMC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment/Adjudication [Dkt. No. 94] ("**Motion**") against Mad Atom in connection with that sole remaining claim for breach of contract in the SAC.  A decision having been duly rendered granting that Motion in favor of FMC and against Mad Atom [Dkt. No. 130] (the "**Order**"),

**IT IS ORDERED AND FINALLY ADJUDGED** that Mad Atom take nothing by way of its SAC against FMC, all relief sought by Mad Atom is denied,[1] FMC is the prevailing party in this action, and FMC shall recover its costs, including attorneys' fees, from Mad Atom in the amount of $**TBD** plus interest at the legal rate.[2]

Dated:  August 18, 2025

By: _____
SUNSHINE S. SYKES
United States District Judge

---

[1] In light of the Court's ruling on FMC's Motion, it is not necessary to reach the remaining claims raised by the parties' operative pleadings or other arguments raised by the Motion but not analyzed in the Order.  Thus, all such arguments and claims are denied as moot.

[2] The Court retains jurisdiction to rule upon FMC's motion for attorneys' fees and any other request by FMC for available costs, all of which shall be submitted in accordance with the applicable Federal Rules of Civil Procedure and Local Rules.