JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MAD ATOM LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FMC FOUNDATION, a California corporation; FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>FMC CORPORATION, a Delaware corporation a/k/a FOOD MACHINERY CORPORATION,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>MAD ATOM, LLC, a California Limited Liability Company,<br><br>　　　　　Counter-defendant. | Case No.   5:22-cv-01402-SSS-SPx<br><br>**AMENDED FINAL JUDGMENT**<br><br>Judge:   Honorable Sunshine S. Sykes<br><br>Complaint Filed: December 29, 2021<br>SAC Filed:   March 30, 2023<br>Final Judgment Entered: August 18, 2025 |

1

AMENDED FINAL JUDGMENT

# AMENDED FINAL JUDGMENT
# IN FAVOR OF FMC CORPORATION AND AGAINST MAD ATOM, LLC

The Court previously dismissed all claims in Mad Atom, LLC's ("**Mad Atom**") Second Amended Complaint ("**SAC**") with the exception of the First Claim for Relief (Breach of Contract) asserted against FMC Corporation ("**FMC**"). Subsequently, the Court fully considered the evidence presented in connection with FMC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment/Adjudication [Dkt. No. 94] ("**MSJ**") against Mad Atom in connection with that sole remaining claim for breach of contract in the SAC. A decision having been duly rendered granting that MSJ in favor of FMC and against Mad Atom [Dkt. No. 130] (the "**Order**"), the Court entered a final judgment on August 18, 2025 wherein it stated, among other things, that FMC is prevailing party in this action and shall recover its costs, including attorneys' fees, from Mad Atom in an amount to be determined plus interest at the legal rate [Dkt. No. 133].

On October 21, 2025, the Court issued an Order granting FMC's Motion for Attorney's Fees in the amount of $794,350.61 [Dkt. No. 147]. On October 29, 2025, the Court issued its Bill of Costs annotated granting FMC's Application to the Clerk to Tax Costs in the amount of $16,436.83 [Dkt. No. 148]. Decisions having been duly rendered granting FMC's MSJ, Motion for Attorney's Fees, and Application to the Clerk to Tax Costs,

**IT IS ORDERED AND FINALLY ADJUDGED** that Mad Atom take nothing by way of its SAC against FMC, all relief sought by Mad Atom is denied,[1] FMC is the prevailing party in this action, and FMC shall recover its costs, including attorney's fees, in the amount of $810,787.44, plus postjudgment interest at the rate

---

[1] In light of the Court's ruling on FMC's MSJ, it is not necessary to reach the remaining claims raised by the parties' operative pleadings or other arguments raised by the MSJ but not analyzed in the Order. Thus, all such arguments and claims are denied as moot.

equal to 3.91% for the week ending on August 15, 2025 pursuant to 28 U.S.C. § 1961(a).  The amount of postjudgment interest accruing per day is $86.85, and the total postjudgment interest from August 18, 2025 (the date when the final judgment was entered [Dkt. No. 133]) through November 25, 2025 is $8,598.15.  As of the date of entering this Amended Final Judgment, the postjudgment interest is $ 9,206.01, which will continue to accrue daily to the date of payment and shall be compounded annually under 28 U.S.C. § 1961(b).

Dated:  December 11, 2025          By: _____
                                        SUNSHINE S. SYKES
                                        United States District Judge